IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHARLES SHEPPARD,

                Plaintiff,

v.

DR. DANIEL LAVOIE, DR. MARK LEDESMA, DR. GINA BUONO, KUECKER, REYNOLDS, BOMGARD, GRANT JEFFRIES, MARTIN, SUKAWATI and WRIGHT,

                Defendants.

ORDER

23-cv-620-wmc

---

    Plaintiff Charles Sheppard, who is representing himself, is proceeding against several defendants on claims regarding his medical care and conditions of confinement. There are several motions before the court. First, plaintiff filed a notice that he had identified the John Doe officer for his conditions of confinement claim as Grant Jeffries. (Dkt. #16.) The caption has been updated accordingly, and the Wisconsin Department of Justice shall be given an opportunity to notify the court whether it will accept service on Jeffries' behalf.

    Second, plaintiff filed two motions to compel. Judge Boor resolved the first motion already (dkt. #22), so that will be denied as moot. In his second motion to compel (dkt. #25), plaintiff argues that defendants failed to respond to his interrogatories adequately and refused to give him memos, test results, medical files and video surveillance that he requested. This motion will be denied, however, because defendants' response and the records provided show that defendants' objections to plaintiff's discovery requests were appropriate in light of the broad nature of his requests. More importantly, plaintiff did not confer with defendants' counsel before filing his motion to compel, and much of the

information he seeks in his motion could have been addressed through a request to confer and more narrowly tailored discovery requests.

Third, defendants filed a motion for extension of time to disclose an expert witness (dkt. #23). This motion will be denied as moot, as defendants never disclosed any expert by their proposed deadline for doing so.

Fourth, defendants filed a motion for extension of time to file for summary judgment (dkt. #28). That motion will be granted. However, briefing on the motion will be stayed pending the state's response regarding acceptance of service for defendant Jeffries.

ORDER

IT IS ORDERED that:

1. Plaintiff Charles Sheppard's motion to amend his complaint (dkt. #16) is GRANTED. The caption is updated to reflect that Grant Jeffries is the John Doe defendant.

2. Defendants' counsel shall notify the court by July 10, 2025, whether the Wisconsin Department of Justice will accept service on Jeffries' behalf and, if so, how much additional time is needed to supplement their summary judgment filings to include Jeffries.

3. Plaintiff's motions to compel (dkt. #22 and dkt. #25) are DENIED.

4. Defendants' motion for extension of time to disclose an expert witness (dkt. #23) is DENIED as moot.

5. Defendants' motion for extension of time to file for summary judgment (dkt. #28) is GRANTED.

6. Briefing on summary judgment is STAYED pending the state's response regarding defendant Jeffries.

Entered this 25th day of June, 2025.

> BY THE COURT:
>
> /s/
>
> _____
> WILLIAM M. CONLEY
> District Judge